UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| H. ALEXANDER MANUEL,       ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| )  Civil Action No. 07-2127 (RBW) | |
| JOHN E. POTTER,   ) | |
|    Postmaster General   ) | |
|    United States Postal Service   ) | |
| ) | |
| Defendant   ) | |

## NOTICE OF APPEARANCE

The clerk will please enter the appearance of Alana M. Hecht as the attorney of record in this case. David H. Shapiro remains the lead attorney of record in this case.

Respectfully submitted,

　　　　　　/S/
Alana M. Hecht, D.C. Bar No. 494097

　　　　　　/S/
David H. Shapiro, D.C. Bar No. 961326
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff