AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

H. ALEXANDER MANUEL,
4727 N 11th Street
Arlington, VA  22205

**SUMMONS IN A CIVIL CASE**

V.

JOHN E. POTTER,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, DC 20260-9172

Case: 1:07-cv-02127
Assigned To : Walton, Reggie B.
Assign. Date : 11/26/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Honorable Michael B. Mukasey,
Acting Attorney General of the United States
U.S. Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
D.C. Bar No. 961326
Sarah L. Riger
D.C. Bar No. 486591
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               NOV 26 2007
_____                        _____
CLERK                                                  DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature  *Earnest L. Parker*<br>X                 DEC 07 2007     ☐ Agent  ☐ Address |
| 1. Article Addressed to:<br><br>Honorable Michael B. Mukasey,<br>Acting Attorney General of the United States<br>U.S. Department of Justice<br>10th Street + Constitution Ave, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0011 3693 1572 | |
| PS Form 3811, July 1999    Domestic Return Receipt    H. MANUEL | 102595-99-M-17 |