AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

H. ALEXANDER MANUEL,
4727 N 11th Street
Arlington, VA 22205

**SUMMONS IN A CIVIL CASE**

V.

JOHN E. POTTER,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, DC 20260-9172

CA   Case: 1:07-cv-02127
Assigned To : Walton, Reggie B.
Assign. Date : 11/26/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

JOHN E. POTTER,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, DC 20260-9172

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
D.C. Bar No. 961326
Sarah L. Riger
D.C. Bar No. 486591
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              NOV 2 6 2007
CLERK                                 DATE

_____
(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John E. Potter,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-9172

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Auson Hill
B. Date of Delivery: 12-6-07
C. Signature: Auson Hill
X O PMG
☑ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0011 3693 1718

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-178

H. MANUEL