UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| H. ALEXANDER MANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2127 (RBW) |
| | ) | |
| JOHN E. POTTER, Postmaster General, | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

This action was brought pursuant to Title VII of the Civil Rights Act of 1964 to remedy alleged discrimination based upon race and in retaliation for prior EEO activity. Plaintiff alleges that, in February 2005, he complained to United States Postal Service management about what he regarded as race-based workplace discrimination and that, thereafter, he was subjected to discriminatory and retaliatory treatment. Among other things, Plaintiff alleges that he was unlawfully ostracized, denied training opportunities, relegated to less meaningful and lower profile case assignments, denied bonuses and other recognition for his work and denied promotion to the Postal Career Executive Service. Defendant denies that it engaged in any wrongdoing.

Pursuant to Local Civil Rule 16.3, the parties conferred by telephone on Thursday, March 12, 2008, and discussed the issues below:

1. <u>Dispositive Motions</u>: Defendant anticipates filing a dispositive motion after the close of discovery.

2. <u>Joinder/Amendment</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings. The parties do not believe that the legal or factual issues

can be narrowed at this time.

3.      Assignment To Magistrate Judge:  The parties do not consent to referral of this case to a Magistrate Judge.

4.      Settlement Possibility:  Settlement is possible, but unlikely until after the close of discovery.

5.      Alternative Dispute Resolution:  The parties agree that at this point in the proceedings, court-ordered mediation is not likely to assist them in their efforts to settle this matter.

6.      Summary Judgment:  The parties agree that any motion for summary judgment should be filed within 60 days after the close of discovery, that any opposition to summary judgment should be filed within 45 days of the filing of the summary judgment motion, and that any reply brief should be filed within 30 days of the filing of the opposition brief.

7.      Initial Disclosures:  The parties agree to exchange the information required under Fed. R. Civ. P. 26(a)(1) within 30 days of entry of a scheduling order.

8.      Discovery:  The parties propose that discovery be completed 180 days from entry of a scheduling order.  The parties believe that 25 interrogatories and 8 depositions per party shall be sufficient.

9.      Experts:  The parties propose that any experts be designated no later than 60 days after entry of a scheduling order, and that any rebuttal experts be designated no later than 30 days thereafter.  The parties propose that all other requirements of Fed. R. Civ. P. 26 regarding experts should apply.

10.     Class Action Procedures:  Not applicable.

11.     <u>Bifurcation of Discovery Or Trial</u>:  The parties do not see any need for bifurcation at this time.

12.     <u>Proposed Date For The Pretrial Conference</u>:  Plaintiff believes that a pretrial conference should be scheduled for 60 days after the close of discovery.  Defendant believes that a pretrial conference should be scheduled following the Court's ruling on any outstanding summary judgment motion.

13.     <u>Trial Date</u>:  The parties agree that the Court should schedule a trial date at the pretrial conference.

14.     <u>Additional Matters</u>:  There are no other matters that the parties believe are appropriate for inclusion in a scheduling order.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| ALANA M. HECHT | JEFFREY A. TAYLOR, DC Bar #498610 |
| RICHARD L. SWICK | United States Attorney |
| SWICK & SHAPIRO, P.C. | |
| 1225 Eye Street, N.W. | _____/s/_____ |
| Suite 1290 | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| Washington, D.C. 20005 | Assistant United States Attorney |
| (202) 842-1418 | |
| | |
| Counsel for Plaintiff | |

                    /s/
_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0372

Counsel for Defendant