UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| H. ALEXANDER MANUEL, | ) ) ) |  |
| Plaintiff | ) ) |  |
| v. | ) ) | Civil Action No. 07-2127 (RBW) |
| JOHN E. POTTER,<br>Postmaster General,<br>United States Postal Service, | ) ) ) ) ) |  |
| Defendant. | ) ) ) |  |

**SCHEDULING ORDER**

In accordance with the Court's instructions from the bench at the initial scheduling conference in this case held on April 3, 2008, it is

**ORDERED** that this case is assigned to the Court's Standard Track.  It is further

**ORDERED** that the parties shall make the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before April 21, 2008.  It is further

**ORDERED** that discovery in this case shall close on September 30, 2008.  It is further

**ORDERED** that this case shall be referred to a magistrate judge for settlement purposes from October 1, 2008, until December 1, 2008.  It is further

**ORDERED** that the parties shall appear before this Court for a status hearing on December 5, 2008, at 9:00 a.m.

**SO ORDERED** this 4th day of April, 2008.

                                          REGGIE B. WALTON
                                          United States District Judge