UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H. ALEXANDER MANUEL, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>JOHN E. POTTER, Postmaster General, )<br>United States Postal Service, )<br>)<br>      Defendant. )<br>_____ ) | Civil Action No. 07-2127 (RBW) |

## DEFENDANT'S CONSENT MOTION TO EXTEND
## THE DISCOVERY PERIOD

This action was brought against the United States Postal Service pursuant to Title VII of the Civil Rights Act of 1964 to remedy alleged discrimination based upon race and in retaliation for prior EEO activity. Under this Court's April 4, 2008 Scheduling Order, discovery in this matter is to close on September 30, 2008. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant respectfully requests that this Court extend the discovery period in this case by 30 days, to October 30, 2008. As shown below, there is good cause to grant this motion. In accordance with Local Civil Rule 7(m), the undersigned counsel contacted Plaintiff's counsel with respect to the instant motion. Plaintiff's counsel stated that Plaintiff consents to the relief requested herein.

Thus far, the parties have been diligent in pursuing discovery in this matter. Indeed, each party has already served written discovery on the other. However, early last week, the undersigned counsel learned that the Postal Service attorney who had been assigned to this case, who is most familiar with the facts of this case and with whom he had been working to finalize Defendant's responses to Plaintiff's written discovery requests ("agency counsel") had to take

early maternity leave. Until last week, both the undersigned counsel and agency counsel had expected that they would be able to finalize Defendant's responses to Plaintiff's written discovery requests and prepare for any depositions in this matter prior to when she had to take maternity leave. Unfortunately, given the fact that agency counsel had to take early maternity leave, they were unable to do so. Last Friday, the undersigned counsel was informed that agency counsel plans to return to work in mid-September, at which time counsel for Plaintiff and counsel for Defendant will schedule and conduct depositions in this matter. In the meantime, another Postal Service attorney will be getting up to speed with respect to this case and assisting the undersigned counsel in finalizing Defendant's responses to Plaintiff's written discovery requests.

For the foregoing reasons, Defendant respectfully requests that this Court grant the instant motion to extend the discovery period in this case by 30 days, to October 30, 2008. If this Court were to grant this motion, Defendant respectfully requests that it also reschedule the settlement conference that is currently scheduled for October 7, 2008 (before Magistrate Judge Robinson) to a date subsequent to October 30, 2008. There are no other deadlines that the granting of this motion would affect.

        Respectfully submitted,

           /s/
        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

           /s/
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney

                                /s/
                            CHRISTOPHER B. HARWOOD
                            Assistant United States Attorney
                            United States Attorney's Office
                            555 4th Street, N.W.
                            Washington, D.C.  20530
                            (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H. ALEXANDER MANUEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General, )<br>United States Postal Service, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-2127 (RBW) |

**ORDER**

Having considered Defendant's Consent Motion to Extend the Discovery Period, and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that Defendant's Consent Motion is GRANTED; and it is

FURTHER ORDERED that the discovery period in the above case will close on October 30, 2008; and it is

FURTHER ORDERED that the settlement conference that is currently scheduled for October 7, 2008 is adjourned and will be rescheduled to a date subsequent to October 30, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel